JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | | |
|---|---|---|
| SCOTTIE RAY MARTIN, ) | Case No. EDCV 08-00581-R (MLG) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| J.D. HARTLEY, Warden, ) | |
| Respondent. ) | |

IT IS ADJUDGED that the petition herein is denied with prejudice.

Dated: <u>October 23, 2008</u>

_____
Manuel L. Real
United States District Judge